THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK KERRIGAN, Appellant, against WALTER B. MARTIN, as Warden of Clinton Prison, Respondent.

Submitted October 4, 1943; decided October 14, 1943.

Motion for reargument denied.   (See 291 N. Y. 513.)